**96–1872.  Goettenmoeller v. Meridian Mut. Ins. Co.**
Franklin App. No. 95APE11–1553.  Reported at 77 Ohio St.3d 1486, 673 N.E.2d 145.  On motion for

reconsideration. Motion denied.

Moyer, C.J., dissents.

Lundberg Stratton, J., not participating.